IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

Jonathan E. Workman,
Plaintiff

-vs-

City of Chardon
Mayor of Chardon
Cheif of Police of Chardon
Defendant(s)

CASE NO. 1:19 CV 862

JUDGE Honorable Dan Polster

Motion to add Plaintiff

I Plaintiff Workman Graceously move this Court to amend the original complaint to add and include Joseph Workman as a Co-Plaintiff. Joseph also recieved a citation on march 12 for "509.12" and has information related to this case. Therefore, I the Plaintiff feel that it would be appropriate to add Joseph as Co-Plaintiff to this case.

Submitted by
Jonathan Workman
12211 Aquilla rd Chardon OH
440-286-6195
Jwoo224@Yahoo.com

August 16, 2019