IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
2019 AUG 16 PM 12:10
U.S. DISTRICT COURT
NORTHERN DISTRICT OF OH
CLEVELAND

Jonathan E Workman,
Plaintiff

-vs-

City of Chardon
Mayor of Chardon
Chief of Police of Chardon,
Defendant(s)

CASE NO. 1:19 cv 862

JUDGE Polster

Motion

I Plaintiff Jonathan Workman respectfully oppose Defendants motion for extension of time to respond to the complaint, motion for summary judgment, motion for preliminary injunction and amicus brief. The defendants proposed time extension until September 30th causes an unnessisary delay in litigation and could cause potential irrepairable harm to the extent that it prevents expedited remedy if I the Plaintiff claims are succesful. Finally, defendants have not actually shown good cause for needing a six week extension of time. Therefore, this court should deny defendants motion to extend their deadline to September 30th. I Plaintiff Workman consent to a extension of time until Aug, 23

Submitted by
Jonathan Workman
[signature]
12211 Aquilla rd Chardon, OH
440-286-6195
jwoo224@yahoo.com

August 16, 2019