UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JONATHAN EDWARD WORKMAN, | ) CASE NO.: 1:19-CV-00862 |
| | ) |
| Plaintiff, | ) JUDGE: THOMAS M. PARKER |
| | ) |
| vs. | ) **NOTICE OF SERVICE** |
| | ) |
| CITY OF CHARDON, et al., | ) |
| | ) |
| Defendants | ) |

Now come Defendants, City of Chardon, Jeffrey Smock and Scott Niehus, by and through counsel, Mazanec, Raskin & Ryder Co., L.P.A., and hereby give notice to this Court that Defendants have duly served their Initial Disclosures, on Thursday, September 19, 2019, upon Plaintiff.

        Respectfully submitted,

        MAZANEC, RASKIN & RYDER CO., L.P.A.

        *s/Amily A. Imbrogno*
        JAMES A. CLIMER (0001532)
        AMILY A. IMBROGNO (0092434)
        100 Franklin's Row
        34305 Solon Road
        Cleveland, OH 44139
        (440) 248-7906
        (440) 248-8861 – Fax
        Email: jclimer@mrrlaw.com
                  aimbrogno@mrrlaw.com

        Counsel for Defendants City of Chardon, Jeffrey Smock and Scott Niehus

OF COUNSEL:    BENJAMIN G. CHOJNACKI (0087401)
                        Walter & Haverfield
                        3500 Tower at Erieview
                        1301 East Ninth Street
                        Cleveland, OH 44114

(216) 619-7850
(216) 916-2430 – Fax
Email: bchojnacki@walterhav.com

*Counsel for Defendants City of Chardon, Jeffrey Smock and Scott Niehus*

# CERTIFICATE OF SERVICE

I hereby certify that on Thursday, September 19, 2019, a copy of the foregoing Notice of Service was filed electronically and served by electronic mail and by depositing same in first-class United States mail, postage prepaid, to the following:

Jonathan Edward Workman
12211 Aquilla Rd
Chardon, OH  44024
Email Address: jwoo224@yahoo.com

              *s/Amily A. Imbrogno*
              JAMES A. CLIMER  (0001532)
              AMILY A. IMBROGNO  (0092434)

TMHCCPR-190237/NOS of Initial Disclosures