UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN EDWARD WORKMAN, | ) | CASE NO.: 1:19-CV-00862 |
| | ) | |
| Plaintiff, | ) | JUDGE: DAN AARON POLSTER |
| | ) | |
| vs. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| CITY OF CHARDON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLEASE TAKE NOTICE** that the undersigned, of the Cleveland Marshall College of Law Civil Litigation Clinic, is hereby entering an appearance as counsel of record for Jonathan Edward Workman in the above-captioned action.

Dated:  September 20th, 2019
Cleveland, Ohio

Respectfully submitted,

*Kenneth J. Kowalski*
Kenneth J. Kowalski (0024878)
Cleveland Marshall College of Law
Civil Litigation Clinic
*Attorney for Plaintiff*
Cleveland Marshall College of Law
2121 Euclid Ave., LB 138, Cleveland, Ohio 44115-2214
216.687.3947 - Phone
216.687.9297- Fax
Email: *k.kowalski@csuohio.edu*

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of September, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

James A. Climer
Attorney at Law
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
jclimer@mrrlaw.com

Amily A. Imbrogno
Attorney at law
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
aimbrogno@mrrlaw.com

*Kenneth J. Kowalski*
Kenneth J. Kowalski
Attorney for Plaintiff