IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN EDWARD WORKMAN, | ) | Case No. 1:19-cv-0862 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| v. | ) | |
| | ) | |
| CITY OF CHARDON, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

On June 24, 2019, plaintiff filed a *pro se* motion which he entitled "Motion for Preliminary Injunction and damage claim." ECF Doc. 4.  Plaintiff's motion does not seek injunctive relief pursuant to Fed. R. Civ. P. 65.  Rather, plaintiff seeks a declaration that Chardon's City Ordinance 509.12 unconstitutionally limits his free speech and that he is entitled to damages.  Plaintiff's complaint also raises this issue - that Chardon's City Ordinance is unconstitutional.  ECF Doc. 1 at 1.

On September 11, 2019, defendants filed a memorandum in opposition to plaintiff's motion for injunctive relief.  ECF Doc. 18.  Defendants argue that plaintiff has not stated a valid reason or a need for a preliminary injunction in this case.  Nor does plaintiff's motion explain the injunctive relief he seeks.

Because plaintiff's motion for preliminary injunction does not actually seek injunctive relief pursuant to Fed. R. Civ. P. 65 it is hereby DENIED, without prejudice.  This order does NOT prevent plaintiff from litigating his claims or from seeking damages.  As indicated in the

court's separate order, a case management conference has been scheduled. At the case management conference, the parties will have an opportunity to discuss plaintiff's claims with the court and, if necessary, the court will further explain this order and the nature of injunctive relief. If plaintiff actually intends to seek injunctive relief, he will be permitted to re-file his motion after the case management conference.

    **IT IS SO ORDERED.**

Dated: September 23, 2019

                                                   Thomas M. Parker
                                                   United States Magistrate Judge