IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISON

| | | |
|---|---|---|
| JONATHAN EDWARD WORKMAN, | ) | CASE NO. 1:19-cv-00862 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| v. | ) | |
| | ) | |
| CITY OF CHARDON, et al., | ) | ORDER |
| | ) | |
| Defendants, | ) | |

The court, on its own motion, hereby vacates the Order (ECF Doc. 23) denying plaintiff's motion for preliminary injunction (ECF Doc. 4).  Should plaintiff or the amicus filer desire to file a reply brief in regard to the motion for preliminary injunction, said brief(s) shall be filed on or before October 3, 2019.

IT IS SO ORDERED.

Dated: September 23, 2019

Thomas M. Parker
United States Magistrate Judge

Case: 1:19-cv-00862-TMP Doc #: 24 Filed: 09/23/19 2 of 2. PageID #: 90