UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN EDWARD WORKMAN, | ) | CASE NO.: 1:19-CV-00862 |
| | ) | |
| Plaintiff, | ) | JUDGE:  THOMAS M. PARKER |
| | ) | |
| vs. | ) | **STIPULATION AND ORDER OF** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| CITY OF CHARDON, et al., | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

We, the attorneys for the respective parties, do hereby stipulate that the above-captioned matter has been fully settled and compromised, that this action be dismissed with prejudice and that the Court may enter an order accordingly, notice by the Clerk being hereby waived.

IT IS SO ORDERED.

_____
JUDGE THOMAS M. PARKER

| | |
|---|---|
| *s/Kenneth J. Kowalski (Per Email Consent - 2/4/20)* | *s/James A. Climer* |
| KENNETH J. KOWALSKI (0024878) | JAMES A. CLIMER  (0001532) |
| Cleveland Marshall College of Law Civil Litigation Clinic | Mazanec, Raskin & Ryder Co., L.P.A. |
| | 100 Franklin's Row |
| | 34305 Solon Road |
| 2121 Euclid Ave., LB 138 | Cleveland, OH 44139 |
| Cleveland, OH  44115 | (440) 248-7906 |
| (216) 687-3947 | (440) 248-8861 – Fax |
| Email: k.kowalski@csuohio.edu | Email:   jclimer@mrrlaw.com |
| | |
| Counsel for Plaintiff | Counsel for Defendants |

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 4, 2020, a copy of the foregoing Stipulation and Order of Dismissal With Prejudice was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        *s/James A. Climer*
                                        JAMES A. CLIMER (0001532)

TMHCCPR-190237/Stipulation and Order of Dismissal With Prejudice